## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017 - 5 | **DATE** | 4/4/2008 |
| **CASE TITLE** | USA vs. CASIMORO HERNANDEZ | | |

**DOCKET ENTRY TEXT:**

Defendant waives right to a preliminary hearing. Court enters finding of probable cause. Detention hearing held. Enter order of detention pending trial. Status hearing set for April 23, 2008 at 11:00 am.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|