IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 05 CR 50017-04 |
| | ) | Magistrate Judge P. Michael Mahoney |
| CASIMORO HERNANDEZ | ) | |

DEFENDANT'S MOTION FOR ADJOURNMENT OF STATUS HEARING SCHEDULED FOR APRIL 23, 2008, AND MOTION FOR A HEARING ON PROPOSED CONDITIONS OF RELEASE FROM PRETRIAL DETENTION

ATTORNEY DENNIS J. RYAN, counsel for the above defendant, CASIMORO HERNANDEZ, requests an adjournment of the Status Conference scheduled before this court on April 23, 2008 at 11:00 AM. Counsel and defendant wish to present to the court a plan for the conditional release of Mr. Hernandez and allow the Pretrial Services Agent assigned to this case sufficient time in which to investigate what is being proposed. It is requested that a hearing on this matter be scheduled during the week of April 28, 2007, or at the earliest date which is most convenient to the court.

The defendant proposes the following specific particulars as part of a conditional release plan:

1. That he tender to the Clerk of Court, Northern District of Illinois, Western Division, a cash bond of $10,200.00 as a surety against all future appearances;

2. That he reside with his wife at the marital residence located at 1733 Boarman Street, Waukegan, Illinois, 60087. Telephone: (847) 782-1398;

3. That a third-party custodian be allowed to act as liaison between the defendant and this court, with the tacit understanding that any rule infractions or law enforcement contact be immediately reported by the third party custodian to the defendant's supervising agent at the office of Federal Pretrial Services. This individual is Mariano Cadenas, 2514 Sycamore Drive, Waukegan, Illinois, 60086, with a telephone number of (847) 662-5032. Mr. Cadenas has known the defendant for more than ten years, has employed the defendant for many years, and is an American citizen. The obligations attached to being a third-party custodian in this case have been fully explained to Mr. Cadenas by counsel and Mr. Cadenas strongly wishes to take on that responsibility.

Dated at Madison, Wisconsin, this 17th day of April, 2008.

By: _____
Dennis J. Ryan
Attorney for the Defendant
Ryan Law Office
6701 Seybold Road, Suite 103
Madison, Wisconsin 53719
(608) 277-1771
Email: djeryan@sbcglobal.net

CERTIFICATE OF SERVICE

I, Dennis J. Ryan, counsel for the uncaptioned defendant, do affirm that the

foregoing *Motion for Adjournment of Status Hearing Scheduled for April 23, 2008 and Motion for a Hearing on Defendant's Proposed Conditions of Release from Pretrial Detention* was filed in accordance with those policies and rules which cover all Electronic Filings within the jurisdiction of the District Court for the Northern District of Illinois.

By: _____
Dennis J. Ryan
Attorney for the Defendant
Ryan Law Office
6701 Seybold Rd., Suite 103
Madison, WI 53719
Tel: (608) 277-1771