# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017 - 4 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. CASIMORO HERNANDEZ | | |

**DOCKET ENTRY TEXT:**

Bond hearing held.  Defendant's motion for release from pretrial detention is denied.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|